# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

*MEMO ENDORSED*

September 5, 2024

<u>VIA EMAIL</u>

Hon. Nelson Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

                          22 cr 570
RE:    Request for adjournment: ~~570~~-NSR, Emmanuel Fuller, VOSR

Dear Judge Román,

      AUSA Watson and I have been discussing a resolution of this matter and expect to reach one soon.  I respectfully request that our status conference scheduled for September 6th be adjourned to October 1st at 2:15 p.m. for an admission/sentencing appearance. This date works for all parties.  Thank you.

                    Sincerely,

                    /s/ Jane White

                    Jane White, Esq.
                    Assistant Federal Defender

**Deft's request to adjourn the VOSR Admission and Sentencing Conf. from Sept. 6, 2024 until Oct. 1, 2024 at 2:15 pm is GRANTED without objection by the Gov't. Clerk of Court is requested to terminate the motion at ECF No. 8.**
**Dated: September 6, 2024**
        **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __9/06/2024__